987 A.2d 553

IN THE MATTER OF VINCENT N. SIMONE,
AN ATTORNEY AT LAW.

December 11, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–117, concluding that **VINCENT N. SIMONE** of **NORTH WILDWOOD,** who was admitted to the bar of this State in 1981, should be censured for violating *RPC* 8.4(b) (criminal act that reflects adversely on lawyer's honesty, trustworthiness, or fitness), and good cause appearing;

It is ORDERED that **VINCENT N. SIMONE** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.